# Third District Court of Appeal

## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0933
Lower Tribunal No. 22-2928
_____

**Paul V. Wessling, et al.,**
Appellants,

vs.

**Boston Private Bank and
Trust Company, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Keller Landsberg, P.A., and Maria N. Vernace, and Raymond L. Robin (Ft. Lauderdale), for appellant John F. Beatty, III; George Elias, Jr., for appellants Paul V. Wessling, and Alexis Elisabeth Wessling.

Gonzalez, Shenkman & Buckstein, P.L., and Brian D. Buckstein, and Benjamin P. Shenkman, and Elizabeth M. Fernandez (Wellington), for appellee Boston Private Bank and Trust Company, as Trustee of the Helen B. Wessling Discretionary Trust; Golden Glasko & Assoc., P.A., and William H. Glasko, for appellee Barbara Beatty.

Before LOGUE, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Jaris v. Tucker, 414 So. 2d 1164, 1166 (Fla. 3d DCA 1982) (holding that death itself terminates a marriage); McKendree v. McKendree, 139 So. 2d 173, 174 (Fla. 1st DCA 1962) ("[T]he marital relation, being a purely personal one, is terminated by the death of either of the parties . . . ." (quoting Price v. Price, 153 So. 904, 905 (Fla. 1934))); Steinhardt v. Steinhardt, 445 So. 2d 352, 357 (Fla. 3d DCA 1984) ("A resulting trust . . . arises . . . where an express trust is fully performed without exhausting the trust estate . . . .").